John M. Polson, SBN 157820
jpolson@laborlawyers.com
John E. Lattin, IV, SBN 167876
jlattin@laborlawyers.com
Rafael Nendel-Flores, SBN 223358
Rnendel-flores@laborlawyers.com
FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
Irvine, California 92612
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorneys for Defendants ROBERT ZAMORA and STOCKTON AUTO CARS, INC. dba STOCKTON HONDA (erroneously sued as ZAMORA AUTOMOTIVE GROUP)

Stan S. Mallison, SBN 184191
stanm@mallisonlaw.com
Hector R. Martinez, Esq., SBN 206336
HectorM@mallisonlaw.com
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Ave.
Lafayette, CA 94549
Telephone:  (925) 283-3842
Facsimile:  (925) 283-3426

Attorneys for Plaintiff, JOSE ONTIVEROS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| JOSE ONTIVEROS, <br><br>             Plaintiff, <br><br>   vs. <br><br> ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown), <br><br>             Defendants. | Case No.:  2:08-CV-00567-LKK-DAD <br><br> **ORDER CONTINUING STATUS CONFERENCE** <br><br> Complaint Filed:   March 12, 2008 <br> Trial Date:             none |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOSE ONTIVEROS, | Case No.: 2:08-CV-00567-LKK-DAD |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| vs. | Complaint Filed: March 12, 2008 |
| ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown), | Trial Date: none |
| Defendants. | |

Upon review of the Parties' Joint Stipulation to Continue Status Conference, the Court finds that good cause exists to continue the currently scheduled status conference.

IT IS HEREBY ORDERED THAT:

The Status Conference, which is currently scheduled for June 2, 2008 at 3:00pm, shall be continued to: August 18, 2008 at 11:30 a.m.

IT IS SO ORDERED

Dated: _May 23, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**
(CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the Law Offices of FISHER & PHILLIPS LLP and my business address is 18400 Von Karman Avenue, Suite 400, Irvine, California, 92612.

On **May 23, 2008**, I served the foregoing document entitled **[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**, on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Stan S. Mallison, Esq.                             Attorneys For Plaintiffs
Hector R. Martinez, Esq.
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Ave.
Lafayette, CA  94549
T: 925.283.3842
F: 925.283.3426
stanm@mallisonlaw.com
hectorm@mallisonlaw.com

☒   **[by MAIL]**   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐   **[by OVERNIGHT DELIVERY]** - I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Fisher & Phillips LLP's business practice, the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or delivered to a courier or driver authorized by Federal Express to receive documents on the same date it is placed at Fisher & Phillips LLP for collection.

☒   **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 23, 2008**, at Irvine California.

MELODY BIGLAY                             By: _____
Print Name                                                            Signature

3

PDF created with pdfFactory trial version www.pdffactory.com