UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ONTIVEROS,,

        Plaintiff,

    v.

ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown),

        Defendants.
_____/

NO. CIV. S-08-567 LKK/DAD

O R D E R

    A status conference was held in chambers on August 18, 2008. After hearing, the court orders as follows:

    1.  Except as provided herein, no further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992). Plaintiff is granted ninety (90) days to add defendants without further order of the court.

    2.  A further status conference is set for December 15, 2008 at 10:00 a.m.

////

1

1    IT IS SO ORDERED.

2    DATED: August 20, 2008.

3

4

5    _____
     LAWRENCE K. KARLTON
6    SENIOR JUDGE
     UNITED STATES DISTRICT COURT