UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ONTIVEROS,

        Plaintiff,

    v.

ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown),

        Defendants.

NO. CIV. S-08-567 LKK/DAD

O R D E R

/

    A status conference was held in chambers on December 15, 2008. After hearing, the court orders as follows:

    1.    A further status conference is set for March 23, 2009 at 3:00 p.m.

    2.    Defendant is to file a motion for judgment on the pleadings not later than January 5, 2009.

    IT IS SO ORDERED.

    DATED: December 16, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1