UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ONTIVEROS,

        Plaintiff,

    v.

ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown),

        Defendants.

/

NO. CIV. S-08-567 LKK/DAD

O R D E R

A status conference was held in chambers on March 23, 2009. After hearing, the court orders as follows:

1. A further status conference is set for August 10, 2009 at 2:00 p.m.
2. A stay of further proceedings to allow for private mediation is now ordered until the date of further status herein set.

IT IS SO ORDERED.

DATED: March 27, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT