1 John M. Polson, SBN 157820
jpolson@laborlawyers.com
2 Rafael Nendel-Flores, SBN 223358
rnendel-flores@laborlawyers.com
3 FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
4 Irvine, California 92612
Telephone (949) 851-2424
5 Facsimile (949) 851-0152

6 Attorneys for Defendants ROBERT ZAMORA and STOCKTON AUTO CARS,
INC. dba STOCKTON HONDA (erroneously sued as ZAMORA
7 AUTOMOTIVE GROUP)

8
Stan S. Mallison, SBN 184191
9 stanm@mallisonlaw.com
Hector R. Martinez, Esq., SBN 206336
10 hectorM@mallisonlaw.com
LAW OFFICES OF MALLISON & MARTINEZ
11 1042 Brown Ave.
Lafayette, CA 94549
12 Telephone:  (925) 283-3842
Facsimile:   (925)  283-3426
13
Attorneys for Plaintiff, JOSE ONTIVEROS
14

15
## UNITED STATES DISTRICT COURT
16
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
17

18
19 JOSE ONTIVEROS,                                )   Case No.:  2:08-CV-00567-LKK-DAD
                                                 )
20                 Plaintiff,                    )   **ORDER CONTINUING STAY AND**
                                                 )   **STATUS CONFERENCE**
21       vs.                                     )
                                                 )   Complaint Filed:   March 12, 2008
22 ROBERT ZAMORA and ZAMORA                      )   Trial Date:        none
   AUTOMOTIVE GROUP (form                        )
23 unknown),                                     )
                                                 )
24                 Defendants.
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOSE ONTIVEROS,<br><br>              Plaintiff,<br><br>  vs.<br><br>ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown),<br><br>              Defendants. | Case No.: 2:08-CV-00567-LKK-DAD<br><br>**ORDER CONTINUING STAY AND STATUS CONFERENCE**<br><br>Complaint Filed:  March 12, 2008<br>Trial Date:            none |

Upon review of the Parties' Joint Stipulation to Continue Stay and Status Conference, the Court finds that good cause exists to continue the current stay and currently scheduled status conference.

IT IS HEREBY ORDERED THAT:

The current stay shall be continued from July 31, 2009 to October 31, 2009.

The Status Conference shall be continued from August 10, 2009 to November 23, 2009 at 1:30 p.m.

IT IS SO ORDERED

Dated:  August 4, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com