MELINDA GUZMAN, SBN: 137678
mgm@gfsacto.com
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 Twelfth Street, Suite 250
Sacramento, California 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628

Counsel for Defendants
ROBERT ZAMORA and STOCKTON AUTO CARS INC. dba STOCKTON HONDA (erroneously
sued as ZAMORA AUTOMOTIVE GROUP), AUTO TOWN, INC., HAMMER LANE
VOLKSWAGEN, INC., QUALITY MOTOR CARS OF STOCKTON, SATURN OF STOCKTON,
LODI MOTORS, INC., MERCED AUTO CARS, INC., CLOVIS AUTO CARS, INC. and COUNTRY
NISSAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JOSE ONTIVEROS, <br><br>     Plaintiff, <br><br> vs. <br><br> ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown), <br><br>     Defendants. | No. 2:08-cv-00567-LKK-DAD <br><br> **NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Melinda Guzman hereby appears on behalf of Defendants ROBERT ZAMORA and STOCKTON AUTO CARS INC. dba STOCKTON HONDA (erroneously sued as ZAMORA AUTOMOTIVE GROUP), AUTO TOWN, INC., HAMMER LANE VOLKSWAGEN, INC., QUALITY MOTOR CARS OF STOCKTON, SATURN OF STOCKTON, LODI MOTORS, INC., MERCED AUTO CARS, INC., CLOVIS AUTO CARS, INC. and COUNTRY NISSAN.

1  Melinda Guzman's email address is mgm@gfsacto.com; copies of all e-filed documents should be

2  concurrently sent to Ms. Guzman's assistant, Sharla Maxey at smaxey@gfsacto.com.

3

4  DATED: February 4, 2010                    GOLDSBERRY, FREEMAN & GUZMAN, LLP

5

6                                             By:    /s/ Melinda Guzman
                                                     MELINDA GUZMAN
7                                                    Attorneys for Defendants
                                                     ROBERT ZAMORA and STOCKTON
8                                                    AUTO CARS INC. dba STOCKTON
                                                     HONDA (erroneously sued as ZAMORA
9                                                    AUTOMOTIVE GROUP), AUTO TOWN,
                                                     INC., HAMMER LANE VOLKSWAGEN,
10                                                   INC., QUALITY MOTOR CARS OF
                                                     STOCKTON, SATURN OF STOCKTON,
11                                                   LODI MOTORS, INC., MERCED AUTO
                                                     CARS, INC., CLOVIS AUTO CARS, INC.
12                                                   and COUNTRY NISSAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28