UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ONTIVEROS,

        Plaintiff,

   v.

ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown),

        Defendants.
_____/

NO. CIV. S-08-567 LKK/DAD

O R D E R

On July 6, 2010, the parties filed a stipulation to stay this case pending trial in a related state court proceeding. The parties have indicated that the trial is scheduled to begin on September 13, 2010.

For the foregoing reasons, the court STAYS this case.

The court further SETS a status conference on November 1, 2010 at 3:30 p.m. The parties are instructed to file status reports fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED: July 13, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1