UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ONTIVEROS,

        Plaintiff,

    v.

ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown),

        Defendants.

        NO. CIV. S-08-567 LKK/DAD

O R D E R

On July 6, 2010, the parties in the above captioned case filed a stipulation for a stay of the case pending trial in a related state court proceeding. On July 13, 2010, the Court granted the motion to stay, and set a status conference for November 1, 2010. On October 19, 2010, the parties filed a request to extend the stay. They indicated that trial in the related state court proceeding has been continued until May 2, 2011.

For the foregoing reasons, the court ORDERS as follows:

(1) The parties request for a stay, ECF No. 57, is GRANTED.

(2) This case is ADMINISTRATIVELY CLOSED. Plaintiff shall

1

        inform the court if he wishes to reopen the case after the conclusion of the state court proceedings.

(3) Plaintiff's motion for class certification, ECF No. 46, is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED:  October 26, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT