# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOSE ONTIVEROS,<br><br>            Plaintiff,<br><br>      vs.<br><br>ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown),<br><br>            Defendants. | Case No.: 2:08-CV-00567-LKK-DAD<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO LIFT STAY AND TO REOPEN CASE ADMINISTRATION**<br><br>Complaint Filed:   March 12, 2008<br>Trial Date:            August 9, 2011 |

Upon review of the Parties' Joint Stipulation to Continue Hearing on Plaintiff's Motion to Lift Stay and Re-open Case Administration ("Motion"), the Court finds that good cause exists to continue the Hearing on the Motion.

IT IS HEREBY ORDERED THAT:

The hearing on the Motion is continued until August 6, 2012 at 10:00 am.

IT IS SO ORDERED

Dated: July 16, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO LIFT STAY

**Error! Unknown document property name.**