UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ONTIVEROS,

        Plaintiff,

    v.

ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown),

        Defendants.

/

NO. CIV. S-08-567 LKK/DAD

O R D E R

Pending before the court in the above-captioned case are plaintiff's motion for class certification, ECF No. 73, currently set for hearing on January 28, 2013, and defendants' motion to compel individual arbitration, strike class allegations, and stay or dismiss the proceedings, ECF No. 72, currently set for hearing on February 11, 2013.

As it appears that these motions should be considered together, the court hereby CONTINUES the hearing on plaintiff's motion for class certification until February 11, 2013. Defendants filed an opposition to this motion on January 14, 2013, ECF No. 79.

1

Plaintiff's deadline for filing a reply, if any, to this opposition is unchanged.

The deadlines for filing an opposition to defendants' motion to compel arbitration, and a reply, if any, thereto are also unchanged.

IT IS SO ORDERED.

DATED:  January 15, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2