UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ONTIVEROS,

        Plaintiff,

   v.

ROBERT ZAMORA and ZAMORA AUTOMOTIVE GROUP (form unknown),

        Defendants.
_____/

NO. CIV. S-08-567 LKK/DAD

O R D E R

    Pending before the court is defendant Stockton Honda's motion to stay proceedings pending appeal of the court's order denying the motion to compel individual arbitration, strike class allegations, and stay or dismiss the proceedings. (ECF No. 108.) This motion is currently set for hearing on April 22, 2013 at 10:00 a.m.

    The court does not find oral argument to be necessary and will decide the motion on the papers. Accordingly, the hearing currently scheduled for April 22, 2013 is VACATED.

    IT IS SO ORDERED.

    DATED:  April 16, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1