# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ONTIVEROS,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT ZAMORA, ZAMORA AUTOMOTIVE GROUP (form unknown),<br><br>        Defendants. | No.   CIV. S-08-567 LKK/DAD<br><br><br>**ORDER** |

The undersigned hereby **RECUSES** himself from the above-captioned case and IT IS ORDERED that:

1.   All currently scheduled dates in the above-captioned case are **VACATED;**

2.   The Clerk of the Court reassign this case to another judge for all further proceedings; and

3.   This case is REASSIGNED to the Honorable William B. Shubb, United States District Judge.

DATED:  June 25, 2014.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1